590

446 A.2d 679

Commonwealth v. Gross, Appellant.

Lancaster Cty. Tax Collection Bur., participating party.
Petition for Allowance of Appeal Denied Dec. 6, 1982.

Argued February 3, 1982. Daniel M. Gross, appellant, in propria persona; David E. Wagenseller, for Lancaster County Tax Collection Bureau, participating party.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.

446 A.2d 679

Commonwealth v. Heath, Appellant.

Submitted November 17, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and McEWEN and HOFFMAN, JJ.

The order of the lower court is affirmed.